# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| BRAD THOMAS, *et al.*, § | |
| § | |
| *Plaintiffs,* § | Civil Action No. 4:24-cv-01013 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| DENTON COUNTY PROSECUTOR'S § | |
| OFFICE, *et al.*, § | |
| § | |
| *Defendants.* § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 30, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #8) that Plaintiffs' suit be dismissed without prejudice for failure to timely serve Defendants, want of prosecution, and failure to comply with court orders. On July 9, 2025, Plaintiffs filed Objections (Dkt. #10) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #10) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is **ORDERED** that Plaintiffs' case is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED,** and the Clerk is directed to **CLOSE** this action.

**IT IS SO ORDERED**.

**SIGNED this 29th day of September, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE