# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| BRAD THOMAS, et al. | § | |
| | § | |
| *Plaintiffs,* | § | |
| v. | § | Civil Action No. 4:24-cv-01013 |
| | § | Judge Mazzant/Judge Davis |
| DENTON COUNTY PROSECUTOR'S OFFICE, et al. | § | |
| | § | |
| | § | |
| *Defendants.* | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 15, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #24) that Plaintiffs Brad Thomas and Merilyn Flem's Motion for Relief from the Judgment (Dkt. #18) be denied. On July 29, 2026, Plaintiffs filed Objections (Dkt. #25) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #25) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiffs Thomas and Flem's Motion for Relief from the Judgment (Dkt. #18) is hereby **DENIED.**

**IT IS SO ORDERED.**

**SIGNED this 10th day of August, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE